GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSE MEJIA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No. 2:21-cv-02131-GMN-BNW<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 24, 2021 through and including **January 24, 2022**. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the

. . .

. . .

. . .

. . .

. . .

1  Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause
2  delay.
3         Respectfully submitted, this 16TH day of December, 2021.

5  CLARK HILL PLLC                                    <u>**No opposition**</u>

6  By: /s/Gia N. Marina                               /s/David H. Krieger
   GIA N. MARINA                                      David H. Krieger, Esq.
7  Nevada Bar No. 15276                               Nevada Bar No. 9086
   3800 Howard Hughes Drive, Suite 500                Shawn Miller, Esq.
8  Las Vegas, Nevada  89169                           Nevada Bar No. 7825
   E-mail: gmarina@clarkhill.com                      KRIEGER LAW GROUP, LLC
9  Telephone:  (702) 862-8300                         2850 W. Horizon Ridge Blvd., Suite 200
   Facsimile:  (702) 862-8400                         Henderson, NV 89052
10                                                    Phone: (702) 848-3855
11 *Attorney for Defendant Equifax Information        Fax: (702) 385-5518
   Services LLC*                                      Email: dkrieger@kriegerlawgroup.com
12                                                    Email: smiller@kriegerlawgroup.com

14                                                    *Attorneys for Plaintiff*

17  IT IS SO ORDERED:

19  _____
    United States Magistrate Judge
20
    DATED:  12/17/2021

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 16th day of December, 2021, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
GIA N. MARINA
Nevada Bar No. 15276
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*