GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSE MEJIA HERNANDEZ, | Case No. 2:21-cv-02131-GMN-BNW |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | |
| | **SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 24, 202 through and including **February 23, 2022**.  The request was made by Equifax so that the parties may have

. . .

. . .

. . .

. . .

. . .

. . .

1 | additional time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed
2 | in good faith and not intended to cause delay.
3 |     Respectfully submitted, this 20th day of January, 2022.

CLARK HILL PLLC

By: /s/ Gia N. Marina
GIA N. MARINA
Nevada Bar No. 15276
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400

*Attorney for Defendant Equifax Information Services LLC*

**<u>No opposition</u>**

/s/ David H. Krieger
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Blvd., Suite 200
Henderson, NV 89052
Phone: (702) 848-3855
Fax: (702) 385-5518
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  January 21, 2022

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 20th day of January, 2022, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
GIA N. MARINA
Nevada Bar No. 15276
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*